**2009–1543.   Global Knowledge Training, L.L.C. v. Levin.**
Board of Tax Appeals, No. 2006–V–471. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the motion of J. Kieran Jennings to withdraw as counsel,
   It is ordered by the court that the motion is granted.

**2009–2060.   In re Application of Ormet Primary Aluminum Corp.**
Public Utilities Commission, No. 09–119–EL–AEC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint motion of the Office of the Ohio Consumer's Counsel and The Ohio Energy Group to strike portions of appellant's merit brief,
   It is ordered by the court that the motion is denied, without prejudice to the issues being raised again in the Ohio Consumer Counsel's and The Ohio Energy Group's merit briefs.

**2010–0127.   In re Petition of CSX Transp., Inc.**
Public Utilities Commission, No. 09–125–RR–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene as appellee of CSX Transportation, Inc.,
   It is ordered by the court that the motion for leave to intervene is granted.